IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03242-PAB-BNB

MICHELLE GARRETT, and
RICHARD L. GARRETT,

Plaintiffs,

v.

BNC MORTGAGE, INC.,
U.S. BANK, N.A., as Trustee for the Structured Asset Investment Loan Trust 2006-BNC3, and
WELLS FARGO HOME MORTGAGE, INC., owner of America's Servicing Company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order to Take Expert Deposition After Discovery cut-Off Date** [docket no. 55, filed April 17, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended solely for the purpose that defendant U.S. Bank and Wells Fargo may depose expert Deborah Alex-Saunders on or before **May 24, 2013**.


DATED: April 17, 2013