IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03242-PAB-BNB

MICHELLE GARRETT, and
RICHARD L. GARRETT,

Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for the Structured Asset Investment Loan Trust 2006-BNC3, and
WELLS FARGO HOME MORTGAGE, INC., owner of America's Servicing Company,

Defendants.

_____

## ORDER

_____

This matter arises on the **Motion and Notice of Motion for Order Quashing or Directing Compliance with Subpoena Duces Tecum and for Expenses of the Motion** [Docs. ##65 and 67, filed 05/14/2013] (the "Motion") filed by the plaintiffs' proffered expert, Deborah Alex-Saunders, Ph.D.[1]

The Motion seeks to quash or modify a subpoena duces tecum for a deposition scheduled on May 17, 2013.  The subpoena was issued by the United States District Court for the Northern District of Georgia on May 7, 2013.  *Motion*, Ex. A.  Under the Federal Rules of Civil Procedure, only the issuing court may quash the subpoena.  Fed. R. Civ. P. 45(c).  Therefore, the Motion is proper only in the United States District Court for the Northern District of Georgia.

IT IS ORDERED that the Motion [Doc. ##65 and 67] is DENIED.

_____

[1]Documents #65 and #67 are identical.

Dated May 15, 2013.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge