IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03242-PAB-BNB

MICHELLE GARRETT and
RICHARD L. GARRETT,

  Plaintiffs,

v.

BNC MORTGAGE, INC.,
US BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust 2006-BNC3, and
WELLS FARGO HOME MORTGAGE, INC, owner of America's Servicing Company,

  Defendants.

_____

## ORDER
_____

  This matter is before the Court on the motion [Docket No. 84] filed by Deborah Alex-Saunders, a proffered expert witness for plaintiffs Michelle and Richard L. Garrett. Ms. Alex-Saunders requests that the Court set aside the Order issued by Magistrate Judge Boyd N. Boland [Docket No. 70] denying Ms. Alex-Saunders' motions to quash [Docket Nos. 65 and 67] a subpoena duces tecum issued by the United States District Court for the Northern District of Georgia. Ms. Alex-Saunders argues that Judge Boland's Order is void for lack of jurisdiction.

  As the Court explained in its May 22, 2013 Order, the Court has no authority to grant the relief requested. A subpoena may only be quashed by the court that issued it. *See* Fed. R. Civ. P. 45(c)(3)(A)-(B). Accordingly, Judge Boland's Order is neither erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Wherefore, it is

**ORDERED** that the Move [sic] Court to Review of Magistrate Order as Void [Docket No. 84] filed by Deborah Alex-Saunders is DENIED.

DATED June 10, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge